| | |
|---|---|
| 1 | Steven Jay Katzman, State Bar No. 132755 |
| 2 | skatzman@bmkattorneys.com |
|   | Anne Uyeda, State Bar No. 235306 |
| 3 | auyeda@bmkattorneys.com |
|   | BIENERT, MILLER & KATZMAN, PLC |
| 4 | 903 Calle Amanecer, Suite 350 |
| 5 | San Clemente, California 92673 |
|   | Telephone (949) 369-3700/Facsimile (949) 369-3701 |
| 6 | |
| 7 | Bruce E. Reinhart  (admitted *pro hac vice*) |
|   | Breinhart@mcdonaldhopkins.com |
| 8 | MCDONALD HOPKINS LLC |
| 9 | 505 S. Flagler Drive, Suite 300 |
|   | West Palm Beach, Florida 33401 |
| 10 | Telephone: (561) 472-2970/Facsimile: (561) 472-2122 |
| 11 | |
| 12 | David B. Cupar (admitted *pro hac vice*) |
|   | dcupar@mcdonaldhopkins.com |
| 13 | Matthew J. Cavanagh (admitted *pro hac vice*) |
|   | mcavanagh@mcdonaldhopkins.com |
| 14 | MCDONALD HOPKINS LLC |
| 15 | 600 Superior Ave., East, Ste. 2100 |
|   | Cleveland, Ohio 44114 |
| 16 | Telephone: (216) 348-5400/Facsimile: (216) 348-5474 |
| 17 | Attorneys for Plaintiff SPECTRUM LABORATORIES, LLC, |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC | Case No. SACV13-1001 JVS (RNBx) |
| Plaintiff | **STIPULATED REQUEST FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT LAHAR MFG., INC., DBA SYNTHETIX5; DECLARATION OF MICHAEL TANDBERG; AND [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT LAHAR MFG., INC., DBA SYNTHETIX5** |
| v. | |
| LAHAR MFG, INC., d/b/a/ SYNTHETIX5; J.T. SANIYA,  INC.; and DOES 1-5 inclusive, | |
| Defendants | |

1

WHEREAS Plaintiff Spectrum Laboratories, LLC ("Spectrum") and Defendant Lahar Mfg., Inc., dba Synthetix5 ("Synthetix5") are parties to this civil action (the "Action") and have agreed to settle their present dispute; and

WHEREAS, the parties' settlement provides for the entry of a Consent Judgment and Permanent Injunction by the Court;

NOW, THEREFORE, it is hereby stipulated and agreed by the parties that the Court should enter a Consent Judgment and Permanent Injunction, in the form lodged concurrently herewith, against Synthetix5.

Dated: September 11, 2013

By: _____
James Matthew Stephens
Managing Member
SPECTRUM LABORATORIES, LLC

Dated: September ___, 2013

By: _____
Michael Tandberg
President
LAHAR MFG., INC., DBA SYNTHETIX5

WHEREAS Plaintiff Spectrum Laboratories, LLC ("Spectrum") and Defendant Lahar Mfg., Inc., dba Synthetix5 ("Synthetix5") are parties to this civil action (the "Action") and have agreed to settle their present dispute; and

WHEREAS, the parties' settlement provides for the entry of a Consent Judgment and Permanent Injunction by the Court;

NOW, THEREFORE, it is hereby stipulated and agreed by the parties that the Court should enter a Consent Judgment and Permanent Injunction, in the form lodged concurrently herewith, against Synthetix5.

Dated: September ___, 2013

By: _____
James Matthew Stephens
Managing Member
SPECTRUM LABORATORIES, LLC

Dated: September _10_, 2013

By: _____
Michael Tandberg
President
LAHAR MFG., INC., DBA SYNTHETIX5

APPROVED AS TO FORM AND CONTENT

Dated:  September 11, 2013

By: */s/ Anne A. Uyeda /s/*
    MCDONALD HOPKINS LLC
    Bruce E. Reinhart
    David B. Cupar
    Matthew J. Cavanagh
    Attorneys for Plaintiff
    SPECTRUM LABORATORIES, LLC

    Steven Jay Katzman
    Anne A. Uyeda
    Attorneys for Plaintiff
    SPECTRUM LABORATORIES, LLC

Dated:  September 11, 2013    MANDOUR & ASSOCIATES, APC


By: */s/ Ben T. Lila /s/*
    Ben T. Lila
    Specially Appearing for Purposes of
    Settlement Only on Behalf of Defendant
    LAHAR MFG., INC., DBA
    SYNTHETIX5

# CERTIFICATE OF SERVICE

I, Coleen Grogan, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: STIPULATED REQUEST FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT LAHAR MFG., INC., DBA SYNTHETIX5; DECLARATION OF MICHAEL TANDBERG; AND [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT LAHAR MFG., INC., DBA SYNTHETIX5 on the interested parties as follows:

**X** **BY ELECTRONIC MAIL**: by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

A. Justin Lum
ajlum@patentmlaw.com

**X** **BY U.S. MAIL** I am "readily familiar" with Bienert, Miller & Katzman, PLC's practice for collecting and processing mail with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. As such, I caused to be mailed the foregoing document(s) to the following non-ECF participants in this case:

| | |
|---|---|
| Michael Eric Tandberg | Ben T. Lila, Esq. |
| President Lahar Mfg, Inc. | Mandour & Associates, APC |
| 4533 MacArthur Boulevard, #219 | 2030 Main Street, Suite 1300 |
| Newport Beach, California 92660 | Irvine, CA 92614 |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1 | This certificate was executed on September 11, 2013 at San Clemente, California.

*/s/ Coleen Grogan /s/*
Coleen Grogan