Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Anne Uyeda, State Bar No. 235306
auyeda@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700/Facsimile (949) 369-3701

Bruce E. Reinhart  (admitted *pro hac vice*)
Breinhart@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
505 S. Flagler Drive, Suite 300
West Palm Beach, Florida 33401
Telephone: (561) 472-2970/Facsimile: (561) 472-2122

David B. Cupar (admitted *pro hac vice*)
dcupar@mcdonaldhopkins.com
Matthew J. Cavanagh (admitted *pro hac vice*)
mcavanagh@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
600 Superior Ave., East, Ste. 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400/Facsimile: (216) 348-5474

Attorneys for Plaintiff
SPECTRUM LABORATORIES, LLC,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC<br><br>      Plaintiff,<br><br>v.<br><br>J.T. SANIYA,  INC.,  and DOES 1-5 inclusive,<br><br>      Defendants. | Case No. SACV13-1001 JVS (RNBx)<br><br>***EX PARTE* APPLICATION TO REQUEST PERMISSION FOR TELEPHONIC APPEARANCE FOR OUT-OF-STATE COUNSEL AND TO SCHEDULE MOTION HEARING AND SCHEDULING CONFERENCE TO BE HEARD SIMULTANEOUSLY** |

[Declarations of Matthew J. Cavanagh and Anne A. Uyeda, and [Proposed] Order filed concurrently herewith]

Plaintiff Spectrum Laboratories, LLC ("Spectrum") hereby files this *ex parte* application (the "Application") to request the Court to: (1) permit out-of-state counsel, Matthew J. Cavanagh of McDonald Hopkins, LLC, to telephonically appear and argue at the two hearings (the "Hearings") currently scheduled in the above-referenced matter on December 16, 2013 – the Rule 26(f) Scheduling Conference (the "Scheduling Conference") and Spectrum's Motion for Leave to File Second Amended Complaint (the "Motion"); and (2) schedule the Hearings so that the Motion and the Scheduling Conference may be heard at the same time, either 11:30 a.m. or 1:30 p.m., whatever time is most convenient for the Court. Counsel for Defendant J.T. Saniya has indicated that he has no opposition to this Application. *See* Declaration of Anne A. Uyeda, filed concurrently herewith, at ¶ 2 and Exhibit "A" thereto.

## I. SPECTRUM REQUESTS PERMISSION FOR A TELEPHONIC APPEARANCE ON BEHALF OF ITS OUT-OF-STATE COUNSEL

Spectrum's counsel, Matthew J. Cavanagh of McDonald Hopkins, LLC, has handled most of the discussions with Defendant J.T. Saniya's counsel, including but not limited to all meet-and-confer discussions on the Motion and all discussions required by the Federal Rule of Civil Procedure 26. *See* Declaration of Matthew J. Cavanagh, filed concurrently herewith, at ¶ 2. Mr. Cavanagh works in Cleveland, Ohio. *Id.* at ¶ 3. It would cost around $3,000 for Mr. Cavanagh to physically attend the Hearings, when factoring in the cost of round-trip airfare, hotel room, and his hourly fee. *Id.* Accordingly, Mr. Cavanagh's physical attendance at the Hearings would be a cumbersome and significant expense for Spectrum. *Id.*

For these reasons, Spectrum respectfully requests the Court to grant Mr. Cavanagh permission to telephonically appear and argue at the Hearings.

## II. SPECTRUM REQUESTS THE COURT TO SCHEDULE THE HEARINGS FOR THE SAME TIME

The Scheduling Conference is set for 11:30 a.m. on December 16, 2013. *See* Docket No. 22. The hearing on the Motion is set to be heard during the Court's regular civil motion calendar at 1:30 p.m. on December 16, 2013. *See* Docket No. 34.

For the sake of efficiency for both the parties and the Court, Spectrum respectfully requests that the Court schedule the Motion and the Scheduling Conference to be heard at the same time, either 11:30 a.m. or 1:30 p.m., whatever time is most convenient for the Court.

## III. CONCLUSION

Based on the foregoing reasons, Spectrum respectfully requests that the Court enter an order, substantially in the form annexed hereto as Exhibit "1", that: (a) grants this Application; (b) authorizes Matthew J. Cavanagh of McDonald Hopkins, LLC, to telephonically appear and argue at the Hearings; and (c) sets the Scheduling Conference and the hearing on the Motion for the same time on December 16, 2013.

Dated: December 9, 2013     BIENERT, MILLER & KATZMAN, PLC

By: */s/ Steven Jay Katzman /s/*
    Steven Jay Katzman
    Anne A. Uyeda

    MCDONALD HOPKINS LLC
    Bruce E. Reinhart (admitted *pro hac vice*)
    David B. Cupar (admitted *pro hac vice*)
    Matthew J. Cavanagh (admitted *pro hac vice*)
    Attorneys for Plaintiff
    SPECTRUM LABORATORIES, LLC

# **CERTIFICATE OF SERVICE**

I, Coleen Grogan, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: *EX PARTE* APPLICATION TO REQUEST PERMISSION FOR TELEPHONIC APPEARANCE FOR OUT-OF-STATE COUNSEL AND TO SCHEDULE MOTION HEARING AND SCHEDULING CONFERENCE TO BE HEARD SIMULTANEOUSLY; DECLARATION OF MATTHEW J. CAVANAGH; DECLARATION OF ANNE A. UYEDA; AND PROPOSED ORDER on the interested parties as follows:

[X]   **BY ELECTRONIC MAIL**: by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

A. Justin Lum
ajlum@patenttmlaw.com

[X]   **VIA FACSIMILE-** I faxed said document, to the office(s) of the addressee(s) shown below at their stated facsimile numbers, and the transmission was reported as complete and without error.

A. Justin Lum
LUM LAW GROUP
1005 E. Colorado Boulevard, Suite 207
Pasadena, CA
Facsimile: (626) 795-8836

This certificate was executed on December 9, 2013 at San Clemente, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Coleen Grogan /s/*
Coleen Grogan