1  Dharm Chadha
2  458 E 4th Street #B
3  Los Angeles, CA 90013
4  ~~Plaintiff in~~ Pro Se
5  Defendant

FILED
2014 JAN 16 PM 3:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Spectrum Laboratories, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>J.T. Saniya, Inc.; H.M. Distributors, Inc.; Yasin Jumani; Dharm Chadha; DBA Johnny's Trading; and DOES 4-5, inclusive,<br><br>　　　　Defendant. | Case No.: SACV13-1001 JVS(RNBx)<br><br>**ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Defendant Dharm Chadha ("Defendant") hereby answers the complaint of Plaintiff Spectrum Laboratories, LLC as follows:

### ANSWER TO COMPLAINT

1. No factual allegations are made therein, and on that basis paragraph 1 goes

1

ANSWER

unanswered.

2. No factual allegations are made therein, and on that basis paragraph 2 goes unanswered.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 and on that basis denies the allegations in paragraph 3.

4. Defendant admits he resides in California and operates a business in California. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in paragraph 4 and on that basis denies the remaining allegations in paragraph 4.

5. Defendant denies that Santa Ana is the right place for this action because all of the alleged actions occurred in Los Angeles. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in paragraph 5 and on that basis denies the remaining allegations in paragraph 5.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 and on that basis denies the allegations in paragraph 6.

7. Defendant admits that J.T. Saniya, Inc.'s address is as alleged. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in paragraph 7 and on that basis denies the remaining allegations in paragraph 7.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 and on that basis denies the allegations in paragraph 8.

9. Defendant admits that Yasin Jumani resides in California and owns and operates Saniya. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in

paragraph 9 and on that basis denies the remaining allegations in paragraph 9.

10. Admitted.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 and on that basis denies the allegations in paragraph 11.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 and on that basis denies the allegations in paragraph 12.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 and on that basis denies the allegations in paragraph 13.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 and on that basis denies the allegations in paragraph 14.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 and on that basis denies the allegations in paragraph 15.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 and on that basis denies the allegations in paragraph 16.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 and on that basis denies the allegations in paragraph 17.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 and on that basis denies the allegations in paragraph 18.

19. Denied.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 and on that basis denies the allegations in paragraph 20.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 and on that basis denies the allegations in paragraph 21.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 and on that basis denies the allegations in paragraph 22.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 and on that basis denies the allegations in paragraph 23.

24. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 and on that basis denies the allegations in paragraph 24.

25. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 and on that basis denies the allegations in paragraph 25.

26. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 and on that basis denies the allegations in paragraph 26.

27. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 and on that basis denies the allegations in paragraph 27.

28. Admit that Jumani is the owner of Saniya. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in paragraph 28 and on that basis denies the remainder of the allegations in paragraph 28.

29. Denied.
30. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 and on that basis denies the allegations in paragraph 30.
31. Denied.
32. Denied.

## COUNT ONE

33. In response to paragraph 33, Defendant incorporates by reference his allegations, admissions, and denials in response to paragraphs 1 through 32, inclusive, as though set forth in full herein.
34. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 and on that basis denies the allegations in paragraph 34.
35. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 and on that basis denies the allegations in paragraph 35.
36. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 and on that basis denies the allegations in paragraph 36.
37. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 and on that basis denies the allegations in paragraph 37.
38. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 and on that basis denies the allegations in paragraph 38.
39. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 and on that basis denies the allegations in paragraph 39.

40. Denied.
41. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 and on that basis denies the allegations in paragraph 41.
42. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 and on that basis denies the allegations in paragraph 42.
43. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 and on that basis denies the allegations in paragraph 43.
44. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 and on that basis denies the allegations in paragraph 44.
45. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 and on that basis denies the allegations in paragraph 45.
46. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 and on that basis denies the allegations in paragraph 46.
47. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 and on that basis denies the allegations in paragraph 47.
48. Denied.

## COUNT TWO

49. In response to paragraph 49, Defendant incorporates by reference his allegations, admissions, and denials in response to paragraphs 1 through 48, inclusive, as though set forth in full herein.
50. Denied.

51. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 and on that basis denies the allegations in paragraph 51.

52. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 and on that basis denies the allegations in paragraph 52.

53. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 and on that basis denies the allegations in paragraph 53.

54. Denied.

55. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 and on that basis denies the allegations in paragraph 55.

56. No factual allegations are made therein, and on that basis paragraph 56 goes unanswered.

57. Denied.

## COUNT THREE

58. In response to paragraph 58, Defendant incorporates by reference his allegations, admissions, and denials in response to paragraphs 1 through 57, inclusive, as though set forth in full herein.

59. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59 and on that basis denies the allegations in paragraph 59.

60. Denied.

61. Denied.

62. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62 and on that basis denies the allegations in paragraph 62.

63. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63 and on that basis denies the allegations in paragraph 63.
64. Denied.

## COUNT FOUR

65. In response to paragraph 65, Defendant incorporates by reference his allegations, admissions, and denials in response to paragraphs 1 through 64, inclusive, as though set forth in full herein.
66. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66 and on that basis denies the allegations in paragraph 66.
67. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 and on that basis denies the allegations in paragraph 67.
68. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68 and on that basis denies the allegations in paragraph 68.
69. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 and on that basis denies the allegations in paragraph 69.
70. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 and on that basis denies the allegations in paragraph 70.
71. Denied.
72. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72 and on that basis denies the allegations in paragraph 72.
73. Defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraph 73 and on that basis denies the allegations in paragraph 73.

74. Denied.

## COUNT FIVE

75. In response to paragraph 75, Defendant incorporates by reference his allegations, admissions, and denials in response to paragraphs 1 through 74, inclusive, as though set forth in full herein.

76. Denied.

77. Denied.

78. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 and on that basis denies the allegations in paragraph 78.

79. Denied.

## COUNT SIX

80. In response to paragraph 80, Defendant incorporates by reference his allegations, admissions, and denials in response to paragraphs 1 through 79, inclusive, as though set forth in full herein.

81. Denied.

82. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82 and on that basis denies the allegations in paragraph 82.

## COUNT SEVEN

83. In response to paragraph 83, Defendant incorporates by reference his allegations, admissions, and denials in response to paragraphs 1 through 82, inclusive, as though set forth in full herein.

84. Denied.

85. Denied.

86. Denied.

87. Denied.
88. Defendant is without knowledge or information sufficient to form a belief as to the tr+uth of the allegations in paragraph 88 and on that basis denies the allegations in paragraph 88.

Date: 1/16/2014

_____
Dharm Chadha d/b/a Johnny's Trading
Pro Se Defendant